IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:03CR6-3-V

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| BAXTER SMITH JAMES | ) | |

**THIS MATTER** is before the Court on the Judgment of the Fourth Circuit Court of Appeals, filed September 6, 2007,[1] remanding this case for resentencing.

**IT IS, THEREFORE, ORDERED THAT:**

1) This matter is hereby scheduled for resentencing on **Tuesday, December 11, 2007, in the Statesville Division;**

2) The United States Marshal is directed to return Defendant to the Western District of North Carolina **on or before November 26, 2007**; and

3) A copy of this Order shall be sent to the Defendant, Defense Counsel, United States Attorney, United States Marshall Service, United Stattes Probation Office and Courtroom Deputy.

Signed: September 10, 2007

Richard L. Voorhees
United States District Judge

---

[1]The mandate issued September 6, 2007.